UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
BROZ, RICHARD T                     §       Case No. 11-39433
BROZ, HEDWIG S                      §
                                    §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/25/2012 and the deadline for filing governmental claims was 01/25/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,462.06 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,462.06 , for a total compensation of $ 1,462.06 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.76 , for total expenses of $ 5.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/28/2014            By: /s/ John E. Cohen
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-39433  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BROZ, RICHARD T | Date Filed (f) or Converted (c): | 09/28/11 (f) |
|  | BROZ, HEDWIG S | 341(a) Meeting Date: | 10/21/11 |
| For Period Ending: | 05/14/14 | Claims Bar Date: | 01/25/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21 Sequoia Lake Zurich, Illinois 60047 - Sold at a | 0.00 | 0.00 |  | 0.00 | FA |
| 2. Checking-Consumers Credit Union | 201.00 | 0.00 |  | 0.00 | FA |
| 3. CMA-Merril Lynch | 700.00 | 0.00 |  | 0.00 | FA |
| 4. Saving-Consumer Credit Union | 10.00 | 0.00 |  | 0.00 | FA |
| 5. Checking - Consumers CU | 10.00 | 10.00 |  | 0.00 | FA |
| 6. Security deposit with landlord | 2,000.00 | 2,000.00 |  | 0.00 | FA |
| 7. Personal possession in home | 1,500.00 | 0.00 |  | 0.00 | FA |
| 8. Personal clothing | 800.00 | 0.00 |  | 0.00 | FA |
| 9. Woodworking equipment | 1,000.00 | 1,000.00 |  | 0.00 | 0.00 |
| 10. Culinary Wizard, Inc. and BBF & L, Inc. (illinois | 0.00 | 0.00 |  | 0.00 | FA |
| 11. 2010 Federal income tax refund | 10,567.00 | 5,278.00 |  | 5,278.00 | FA |
| 12. State of Illinois income tax refund 2010 | 1,842.00 | 1,842.00 |  | 1,842.00 | FA |
| 13. 2006 Nissan Frontier 50000 miles | 5,000.00 | 0.00 |  | 0.00 | FA |
| 14. 2007 Nissan Mirano 72,000 miles | 16,000.00 | 0.00 |  | 0.00 | FA |
| 15. Laptop computer | 300.00 | 0.00 |  | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 0.60 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $39,930.00   $10,130.00   $7,120.60   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED DOCUMENTS FROM DEBTOR REGARDING VEHCILES AND OTHER ASSETS.  TRUSTEE TO REVIEW PROOFS OF CLAIM
FILED IN THIS CASE.  TRUSTEE TO COMMENCE PREPARATION OF HIS FINAL REPORT - January 15, 2014.  TRUSTEE IS DRFATING HIS

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-39433  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | BROZ, RICHARD T | Date Filed (f) or Converted (c): 09/28/11 (f) |
| | BROZ, HEDWIG S | 341(a) Meeting Date: 10/21/11 |
| | | Claims Bar Date: 01/25/12 |

TFR, NFR AND RELATED DOCUMENTS - April 30, 2014.

Initial Projected Date of Final Report (TFR): 10/31/13    Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-39433 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BROZ, RICHARD T | | Bank Name: | ASSOCIATED BANK |
| | BROZ, HEDWIG S | | Account Number / CD #: | *******2176 Checking Account |
| Taxpayer ID No: | *******4468 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,026.72 | | 7,026.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.33 | 7,022.39 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.47 | 7,017.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.33 | 7,013.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.47 | 7,009.12 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.42 | 6,998.70 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 7.37 | 6,991.33 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,981.33 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 6,970.95 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.03 | 6,960.92 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,950.57 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,940.57 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.32 | 6,930.25 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.30 | 6,919.95 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,909.95 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 6,899.68 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,889.68 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.24 | 6,879.44 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.23 | 6,869.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,859.21 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 9.96 | 6,849.25 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.20 | 6,839.05 |

Page Subtotals 7,026.72 187.67

Case 11-39433  Doc 28  Filed 06/09/14  Entered 06/09/14 13:25:00  Desc Main
Document      Page 6 of 15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-39433 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BROZ, RICHARD T | Bank Name: | ASSOCIATED BANK |
| | BROZ, HEDWIG S | Account Number / CD #: | *******2176  Checking Account |
| Taxpayer ID No: | *******4468 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | | 7,026.72 | 187.67 | 6,839.05 |
|  |  |  | Less:  Bank Transfers/CD's | | 7,026.72 | 0.00 | |
|  |  |  | Subtotal | | 0.00 | 187.67 | |
|  |  |  | Less:  Payments to Debtors | | | 0.00 | |
|  |  |  | Net | | 0.00 | 187.67 | |

Page Subtotals        0.00        0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-39433 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BROZ, RICHARD T | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROZ, HEDWIG S | | Account Number / CD #: | *******1951 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4468 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/11 | 11, 12 | RICHARD BROZ | Tax refund | 1124-000 | 7,120.00 | | 7,120.00 |
| | | | Income tax refund | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,120.06 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.78 | 7,111.28 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,111.34 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.77 | 7,102.57 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,102.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.31 | 7,093.32 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,093.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.43 | 7,084.95 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.95 | 7,079.00 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,079.06 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.71 | 7,070.35 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,070.41 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.98 | 7,061.43 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,061.49 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.97 | 7,052.52 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,052.58 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.38 | 7,044.20 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,044.26 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.24 | 7,035.02 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,035.08 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.36 | 7,026.72 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,026.72 | 0.00 |

Page Subtotals 7,120.60 7,120.60

Case 11-39433 Doc 28 Filed 06/09/14 Entered 06/09/14 13:25:00 Desc Main
Document Page 8 of 15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 11-39433 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BROZ, RICHARD T | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROZ, HEDWIG S | | Account Number / CD #: | *******1951 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4468 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,120.60 | 7,120.60 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,026.72 | |
| | | | Subtotal | | 7,120.60 | 93.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,120.60 | 93.88 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2176 | 0.00 | 187.67 | 6,839.05 |
| Money Market Account (Interest Earn - ********1951 | 7,120.60 | 93.88 | 0.00 |
| | 7,120.60 | 281.55 | 6,839.05 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*
LFORM24
Ver: 17.05d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 28, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 11-39433 | Claim Class Sequence | | | | |
| Debtor Name: | BROZ, RICHARD T | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,467.82 | $1,467.82 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $23.28 | $23.28 |
| 000001<br>070<br>7100-00 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $819.30 | $819.30 |
| 000002<br>070<br>7100-00 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $15,471.98 | $15,471.98 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $14,544.95 | $14,544.95 |
| 000004<br>070<br>7100-00 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $1,196.56 | $1,196.56 |
| 000005<br>070<br>7100-00 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $14,366.31 | $14,366.31 |
| 000006<br>070<br>7100-00 | eCAST Settlement Corporation, SUCCESSOR<br>to FIA Card Services aka Bank of America<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $5,731.89 | $5,731.89 |
| 000007<br>070<br>7100-00 | PNC Equipment Finance LLC<br>c/o Delta Management Group, Inc.<br>2499 Rice St., Suite 245<br>Saint Paul, MN 55113 | Unsecured | | $0.00 | $31,412.95 | $31,412.95 |
| 000008<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $621.80 | $621.80 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 28, 2014 |

Case Number: 11-39433          Claim Class Sequence
Debtor Name: BROZ, RICHARD T

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | EduCap Inc. 21680 Ridgetop Circle Sterling, VA 20166 | Unsecured | | $0.00 | $6,347.67 | $6,347.67 |
| 000010 070 7100-00 | Chase Bank USA NA PO BOX 15145 19850-5145 Wilmington DE | Unsecured | | $0.00 | $445.50 | $445.50 |
| 000011 070 7100-00 | Chase Bank USA NA PO BOX 15145 19850-5145 Wilmington DE | Unsecured | | $0.00 | $7,535.42 | $7,535.42 |
| 000012 070 7100-00 | Wells Fargo Bank NA 301 E58th Street N Souix Falls, SD 57104 | Unsecured | | $0.00 | $8,586.29 | $8,586.29 |
| 000013 070 7100-00 | Wells Fargo Bank NA 301 E58th Street N Souix Falls, SD 57104 | Unsecured | | $0.00 | $9,761.91 | $9,761.91 |
| 000014 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $8,151.62 | $8,151.62 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC c/o Washington Mutual POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $3,646.21 | $3,646.21 |
| | Case Totals: | | | $0.00 | $130,131.46 | $130,131.46 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-39433
Case Name: BROZ, RICHARD T
   BROZ, HEDWIG S
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____
Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000002 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000004 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000006 | eCAST Settlement Corporation, SUCCESSOR to FIA Card Services aka Bank of America<br>POB 29262<br>New York, NY 10087-9262 | $ | $ | $ |
| 000007 | PNC Equipment Finance LLC<br>c/o Delta Management Group, Inc.<br>2499 Rice St., Suite 245<br>Saint Paul, MN 55113 | $ | $ | $ |
| 000008 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ | $ | $ |
| 000009 | EduCap Inc.<br>21680 Ridgetop Circle<br>Sterling, VA 20166 | $ | $ | $ |
| 000010 | Chase Bank USA NA<br>PO BOX 15145<br>19850-5145<br>Wilmington DE | $ | $ | $ |
| 000011 | Chase Bank USA NA<br>PO BOX 15145<br>19850-5145<br>Wilmington DE | $ | $ | $ |
| 000012 | Wells Fargo Bank NA<br>301 E58th Street N<br>Souix Falls, SD 57104 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Wells Fargo Bank NA<br>301 E58th Street N<br>Souix Falls, SD 57104 | $ | $ | $ |
| 000014 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ | $ | $ |
| 000015 | Portfolio Recovery Associates, LLC<br>c/o Washington Mutual<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE