UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BROZ, RICHARD T § Case No. 11-39433
BROZ, HEDWIG S §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF BANKRUPTCY COURT
              219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/11/2014 in Courtroom ,
        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                                                Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
BROZ, RICHARD T § Case No. 11-39433
BROZ, HEDWIG S §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,120.60 |
| and approved disbursements of | $ | 281.55 |
| leaving a balance on hand of[1] | $ | 6,839.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,462.06 | $ 0.00 | $ 1,462.06 |
| Trustee Expenses: JOSEPH E. COHEN | $ 5.76 | $ 0.00 | $ 5.76 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 23.28 | $ 23.28 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,467.82 |
| Remaining Balance | | $ | 5,371.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 128,640.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 819.30 | $ 0.00 | $ 34.21 |
| 000002 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 15,471.98 | $ 0.00 | $ 646.01 |
| 000003 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 14,544.95 | $ 0.00 | $ 607.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 1,196.56 | $ 0.00 | $ 49.96 |
| 000005 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 14,366.31 | $ 0.00 | $ 599.85 |
| 000006 | eCAST Settlement Corporation,<br>SUCCESSOR<br>to FIA Card Services aka Bank of America<br>POB 29262<br>New York, NY 10087-9262 | $ 5,731.89 | $ 0.00 | $ 239.33 |
| 000007 | PNC Equipment Finance LLC<br>c/o Delta Management Group, Inc.<br>2499 Rice St., Suite 245<br>Saint Paul, MN 55113 | $ 31,412.95 | $ 0.00 | $ 1,311.61 |
| 000008 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 621.80 | $ 0.00 | $ 25.96 |
| 000009 | EduCap Inc.<br>21680 Ridgetop Circle<br>Sterling, VA 20166 | $ 6,347.67 | $ 0.00 | $ 265.04 |
| 000010 | Chase Bank USA NA<br>PO BOX 15145<br>19850-5145<br>Wilmington DE | $ 445.50 | $ 0.00 | $ 18.60 |
| 000011 | Chase Bank USA NA<br>PO BOX 15145<br>19850-5145<br>Wilmington DE | $ 7,535.42 | $ 0.00 | $ 314.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Wells Fargo Bank NA<br>301 E58th Street N<br>Souix Falls, SD 57104 | $ 8,586.29 | $ 0.00 | $ 358.51 |
| 000013 | Wells Fargo Bank NA<br>301 E58th Street N<br>Souix Falls, SD 57104 | $ 9,761.91 | $ 0.00 | $ 407.60 |
| 000014 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ 8,151.62 | $ 0.00 | $ 340.36 |
| 000015 | Portfolio Recovery Associates, LLC<br>c/o Washington Mutual<br>POB 41067<br>Norfolk VA 23541 | $ 3,646.21 | $ 0.00 | $ 152.25 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,371.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-39433-ABG
Richard T Broz                                                  Chapter 7
Hedwig S Broz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: gbeemster            Page 1 of 2                  Date Rcvd: Jun 11, 2014
                               Form ID: pdf006            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2014.
```
db/jdb       #+Richard T Broz,    Hedwig S Broz,    31570 N Almond Rd,    Libertyville, IL 60048-9728
17853405      Anchor Bank SSB/GLELSI,    26 W Main St,    Madison, WI 53703
18009229     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17853406      Banco Popular,    POBox 4503,    Oak Park,, IL 60060
17853407     +Bank of America,    POBox 45224,    Jacksonville,, FL 32232-5224
17853408     +Bank of America-Collectcorp,    POBox 101928,    Birmingham, AL 35210-6928
17853409      Barclays Bank,    125 SW Street,    Wilmington, DE 19801
17853410     +Capital One Bank-Coface Collections Nort,     POBox 8510,   Metairie, LA 70011-8510
17853411      Card Services,    POB13337,    Philadelphia, PA 19101
17853413     +Chase,    POBox 15298,    Wilmington, DE 19850-5298
17853412     +Chase,    POBox15298,    Wilmington, DE 19850-5298
18056002     +Chase Bank USA NA,    PO BOX 15145,    19850-5145,    Wilmington DE 19850-5145
17853414     +Chase Codilis & Associates, PC,     15W030 North Frontage Road Ste 100,    Burr Ridge, IL 60527-6921
17853415     +Chase Weltman Weinberg & Reis Co,     525 Vine St. Ste. 800,    Cincinnati, OH 45202-3145
17853416     +Chase/BestBuy,    POBox 15298,    Wilmington,, DE 19850-5298
17853417     +Citi,    POBox 6241,    Souix Falls, SD 57117-6241
17853418     +CitiBank NA,    701 E 60th Street,    Souix Falls, SD 57104-0493
17853419      EXXMBLCITI,    Poox 6497,    Souix Falls, SD 57117
17853421      FIA Card Services Bank of America,     POB15026,    Wilmington, DE 19850
17853422     +FIA Card Services CSNA,    PO Box 851001,    Dallas, TX 75285-1001
17853423     +Gander Mountian Mastercard- World Financ,     POBox 182125,    Columbus, OH 43218-2125
17853424     +Harris N.A. Bk Dept.,    3800 Golf Rd. Ste. 300,     Rolling Meadows, IL 60008-4037
17853427     +NMAC,    POBox 660360,    Dallas,, TX 75266-0360
17853426     +National City,    POBox 3038 K-A16-1J,    Kalamazoo, MI 49003-3038
17853428     +PNC Equipment Finance LLC,    c/o Delta Management Group, Inc.,     2499 Rice St., Suite 245,
              Saint Paul, MN 55113-3700
18401423    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,      c/o Washington Mutual,
              POB 41067,    Norfolk VA 23541)
17853431     +US Dept of Education,    POBox 5609,    Greenville, TX 75403-5609
17853432     +Wach Ed Fin,    POBox 13667,    Sacramento, CA 95853-3667
17853433     +Wells Fargo Bank NA,    301 E58th Street N,     Souix Falls, SD 57104-0422
17853436     +Worlds Formost Bank-NCB Managemnt Servic,     POBox 1099,    Langhorne, PA 19047-6099
17862546      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
18023973      eCAST Settlement Corporation, SUCCESSOR,     to FIA Card Services aka Bank of America,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18010411     +E-mail/Text: bncmail@w-legal.com Jun 12 2014 00:58:28      BACK BOWL I LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18010410     +E-mail/Text: bncmail@w-legal.com Jun 12 2014 00:58:28      CANDICA, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18051176     +E-mail/Text: zshepherd@loantolearn.com Jun 12 2014 00:58:10       EduCap Inc.,
              21680 Ridgetop Circle,    Sterling, VA 20166-6590
17853425     +E-mail/Text: zshepherd@loantolearn.com Jun 12 2014 00:58:10       Loan to Learn,
              21680 Ridge Top Circle,    Sterling, VA 20166-6590
17991049      E-mail/PDF: rmscedi@recoverycorp.com Jun 12 2014 01:03:52       Portfolio Investments I LLC,
              c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18049798      E-mail/Text: bnc-quantum@quantum3group.com Jun 12 2014 00:57:59
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,     PO Box 788,
              Kirkland, WA 98083-0788
17853429     +E-mail/PDF: pa_dc_claims@navient.com Jun 12 2014 01:02:17       Sallie Mae,   POBox 9500,
              Wilkes Barre, PA 18773-9500
18128760    ++E-mail/PDF: pa_dc_claims@navient.com Jun 12 2014 01:03:50       Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
17853430     +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2014 01:00:51       Sam's Club Discover/GEMB,
              POBox 960013,    Orlando, FL 32896-0013
17853435     +E-mail/Text: BKRMailOps@weltman.com Jun 12 2014 00:58:24       Weltman Weinberg & Reis,
              525 Vine St. Ste. 800,    Cincinnati, OH 45202-3145
17853434     +E-mail/Text: BKRMailOps@weltman.com Jun 12 2014 00:58:23       Weltman Weinberg & Reis,
              180 N LaSalle, Ste 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17853420   ##+FIA Card Services Bank of America,    POBox 15026,    Wilmington, DE 19850-5026
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: gbeemster              Page 2 of 2                  Date Rcvd: Jun 11, 2014
                               Form ID: pdf006              Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2014 at the address(es) listed below:
```
              David H Cutler    on behalf of Joint Debtor Hedwig S Broz cutlerfilings@gmail.com
              David H Cutler    on behalf of Debtor Richard T Broz cutlerfilings@gmail.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Maria  Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association successor
               by merger to Chase Home Finance LLC nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```