UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
BROZ, RICHARD T § Case No. 11-39433
BROZ, HEDWIG S §
 §
 §
    Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on                . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America POBox 45224 Jacksonville,, FL 32232 |  |  |  |  |  |
|  | NMAC POBox 660360 Dallas,, TX 75266 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anchor Bank SSB/GLELSI 26 W Main St Madison, WI 53703 | | | | | |
| | Banco Popular POBox 4503 Oak Park,, IL 60060 | | | | | |
| | Bank of America-Collectcorp POBox 101928 Birmingham, AL 35210 | | | | | |
| | Barclays Bank 125 SW Street Wilmington, DE 19801 | | | | | |
| | Capital One Bank-Coface Collections Nort POBox 8510 Metairie, LA 70011 | | | | | |
| | Card Services POB13337 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Codilis & Associates, PC 15W030 North Frontage Road Ste 100 Burr Ridge, IL 60527 | | | | | |
| | Chase POBox 15298 Wilmington, DE 19850 | | | | | |
| | Chase POBox15298 Wilmington, DE 19850 | | | | | |
| | Chase Weltman Weinberg & Reis Co 525 Vine St. Ste. 800 Cincinnati, OH 45202 | | | | | |
| | Chase/BestBuy POBox 15298 Wilmington,, DE 19850 | | | | | |
| | Citi POBox 6241 Souix Falls, SD 57117 | | | | | |
| | CitiBank NA 701 E 60th Street Souix Falls, SD 57104 | | | | | |
| | EXXMBLCITI Poox 6497 Souix Falls, SD 57117 | | | | | |
| | FIA Card Services Bank of America POB15026 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIA Card Services Bank of America POBox 15026 Wilmington, DE 19850 | | | | | |
| | FIA Card Services CSNA PO Box 851001 Dallas, TX 75285 | | | | | |
| | Gander Mountian Mastercard-World Financ POBox 182125 Columbus, OH 43218 | | | | | |
| | Harris N.A. Bk Dept. 3800 Golf Rd. Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| | Loan to Learn 21680 Ridge Top Circle Sterling, VA 20166 | | | | | |
| | National City POBox 3038 K-A16-1J Kalamazoo, MI 49003 | | | | | |
| | PNC Equip/National City Delta Mngmt 2499 Rice St Ste 245 St. Paul, MN 55113 | | | | | |
| | Sallie Mae POBox 9500 Wilkes Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sam's Club Discover/GEMB POBox 960013 Orlando, FL 32896 | | | | | |
| | US Dept of Education POBox 5609 Greenville, TX 75403 | | | | | |
| | US Dept of Education POBox 5609 Greenville, TX 75403 | | | | | |
| | US Dept of Education POBox 5609 Greenville, TX 75403 | | | | | |
| | US Dept of Education POBox 5609 Greenville, TX 75403 | | | | | |
| | Wach Ed Fin POBox 13667 Sacramento, CA 95853 | | | | | |
| | Wells Fargo Ed Fin Svcs 301 E58th Street N Souix Falls, SD 57104 | | | | | |
| | Worlds Formost Bank-NCB Managemnt Servic POBox 1099 Langhorne, PA 19047 | | | | | |
| 000005 | BACK BOWL I LLC | | | | | |
| 000004 | CANDICA, LLC | | | | | |
| 000010 | CHASE BANK USA NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CHASE BANK USA NA | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION, SUCCE | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | PNC EQUIPMENT FINANCE LLC | | | | | |
| 000001 | PORTFOLIO INVESTMENTS I LLC | | | | | |
| 000002 | PORTFOLIO INVESTMENTS I LLC | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000014 | SALLIE MAE | | | | | |
| 000012 | WELLS FARGO BANK NA | | | | | |
| 000013 | WELLS FARGO BANK NA | | | | | |
| 000009 | EDUCAP INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-39433 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BROZ, RICHARD T | | | Date Filed (f) or Converted (c): | 09/28/11 (f) |
| | BROZ, HEDWIG S | | | 341(a) Meeting Date: | 10/21/11 |
| For Period Ending: | 02/02/15 | | | Claims Bar Date: | 01/25/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21 Sequoia Lake Zurich, Illinois 60047 - Sold at a | 0.00 | 0.00 | | 0.00 | FA |
| 2. Checking-Consumers Credit Union | 201.00 | 0.00 | | 0.00 | FA |
| 3. CMA-Merril Lynch | 700.00 | 0.00 | | 0.00 | FA |
| 4. Saving-Consumer Credit Union | 10.00 | 0.00 | | 0.00 | FA |
| 5. Checking - Consumers CU | 10.00 | 10.00 | | 0.00 | FA |
| 6. Security deposit with landlord | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7. Personal possession in home | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Personal clothing | 800.00 | 0.00 | | 0.00 | FA |
| 9. Woodworking equipment | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 10. Culinary Wizard, Inc. and BBF & L, Inc. (illinois | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Federal income tax refund | 10,567.00 | 5,278.00 | | 5,278.00 | FA |
| 12. State of Illinois income tax refund 2010 | 1,842.00 | 1,842.00 | | 1,842.00 | FA |
| 13. 2006 Nissan Frontier 50000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Nissan Mirano 72,000 miles | 16,000.00 | 0.00 | | 0.00 | FA |
| 15. Laptop computer | 300.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $39,930.00  $10,130.00  $7,120.60  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS DEPOSITING UNCLAIMED FUNDS WITH THE BK COURT - Jan. 17, 2015. TRUSTEE HAS REQUESTED DOCUMENTS FROM DEBTOR REGARDING VEHCILES AND OTHER ASSETS. TRUSTEE TO REVIEW PROOFS OF CLAIM FILED IN THIS CASE. TRUSTEE TO COMMENCE

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-39433   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | BROZ, RICHARD T | Date Filed (f) or Converted (c): 09/28/11 (f) |
| | BROZ, HEDWIG S | 341(a) Meeting Date: 10/21/11 |
| | | Claims Bar Date: 01/25/12 |

PREPARATION OF HIS FINAL REPORT - January 15, 2014. TRUSTEE IS DRAFTING HIS TFR, NFR AND RELATED DOCUMENTS - April 30, 2014. TFR HAS BEEN FILED WITH THE COURT AND A FINAL HEARING SET - July 17, 2014. TRUSTEE MADE DISTRIBUTION TO CREDITORS - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 10/31/13      Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-39433 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BROZ, RICHARD T | | Bank Name: | ASSOCIATED BANK |
| | BROZ, HEDWIG S | | Account Number / CD #: | *******2176 Checking Account |
| Taxpayer ID No: | *******4468 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,026.72 | | 7,026.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.33 | 7,022.39 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.47 | 7,017.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.33 | 7,013.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.47 | 7,009.12 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.42 | 6,998.70 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 7.37 | 6,991.33 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,981.33 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 6,970.95 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.03 | 6,960.92 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,950.57 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,940.57 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.32 | 6,930.25 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.30 | 6,919.95 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,909.95 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.27 | 6,899.68 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,889.68 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.24 | 6,879.44 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.23 | 6,869.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,859.21 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 9.96 | 6,849.25 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.20 | 6,839.05 |

Page Subtotals  7,026.72  187.67

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-39433 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BROZ, RICHARD T | Bank Name: | ASSOCIATED BANK |
| | BROZ, HEDWIG S | Account Number / CD #: | *******2176  Checking Account |
| Taxpayer ID No: | *******4468 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602<br><br>Fees          1,462.06<br>Expenses        5.76 | Trustee Fees<br>Trustee Fees<br><br><br>2100-000<br>2200-000 | | | 1,467.82 | 5,371.23 |
| 07/16/14 | 300004 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000001, Payment 4.17552%<br>(1-1) GECC | 7100-000 | | 34.21 | 5,337.02 |
| 07/16/14 | 300005 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 4.17535%<br>(2-1) Bank of America, N.A. | 7100-000 | | 646.01 | 4,691.01 |
| 07/16/14 | 300006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 4.17540% | 7100-000 | | 607.31 | 4,083.70 |
| 07/16/14 | 300007 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000004, Payment 4.17530% | 7100-000 | | 49.96 | 4,033.74 |
| 07/16/14 | 300008 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000005, Payment 4.17539% | 7100-000 | | 599.85 | 3,433.89 |
| 07/16/14 | 300009 | eCAST Settlement Corporation, SUCCESSOR<br>to FIA Card Services aka Bank of America<br>POB 29262<br>New York, NY 10087-9262 | Claim 000006, Payment 4.17541%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 239.33 | 3,194.56 |
| 07/16/14 | 300010 | PNC Equipment Finance LLC<br>c/o Delta Management Group, Inc. | Claim 000007, Payment 4.17538% | 7100-000 | | 1,311.61 | 1,882.95 |

Page Subtotals                          0.00          4,956.10

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-39433 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BROZ, RICHARD T | Bank Name: | ASSOCIATED BANK |
| | BROZ, HEDWIG S | Account Number / CD #: | *******2176  Checking Account |
| Taxpayer ID No: | *******4468 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300011 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br>2499 Rice St., Suite 245<br>Saint Paul, MN 55113 | Claim 000008, Payment 4.17498%<br>(8-1) Unsecured Debt | 7100-000 | | 25.96 | 1,856.99 |
| * 07/16/14 | 300012 | EduCap Inc.<br>21680 Ridgetop Circle<br>Sterling, VA 20166 | Claim 000009, Payment 4.17539% | 7100-003 | | 265.04 | 1,591.95 |
| 07/16/14 | 300013 | Chase Bank USA NA<br>PO BOX 15145<br>19850-5145<br>Wilmington DE | Claim 000010, Payment 4.17508%<br>(10-1) Pdf incomplete filer<br>notified to re-file (GB) 11/16/11. | 7100-000 | | 18.60 | 1,573.35 |
| 07/16/14 | 300014 | Chase Bank USA NA<br>PO BOX 15145<br>19850-5145<br>Wilmington DE | Claim 000011, Payment 4.17535%<br>(11-1) Pdf incomplete filer<br>notified to re-file (GB) 11/16/11. | 7100-000 | | 314.63 | 1,258.72 |
| 07/16/14 | 300015 | Wells Fargo Bank NA<br>301 E58th Street N<br>Souix Falls, SD 57104 | Claim 000012, Payment 4.17538%<br>(12-1) Modified on 11/21/11 to<br>correct creditor name (GB). | 7100-000 | | 358.51 | 900.21 |
| 07/16/14 | 300016 | Wells Fargo Bank NA<br>301 E58th Street N<br>Souix Falls, SD 57104 | Claim 000013, Payment 4.17541% | 7100-000 | | 407.60 | 492.61 |
| 07/16/14 | 300017 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000014, Payment 4.17537% | 7100-000 | | 340.36 | 152.25 |
| 07/16/14 | 300018 | Portfolio Recovery Associates, LLC<br>c/o Washington Mutual<br>POB 41067 | Claim 000015, Payment 4.17557% | 7100-000 | | 152.25 | 0.00 |
| | | | Page Subtotals | | 0.00 | 1,882.95 | |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-39433 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BROZ, RICHARD T | Bank Name: | ASSOCIATED BANK |
| | BROZ, HEDWIG S | Account Number / CD #: | *******2176 Checking Account |
| Taxpayer ID No: | *******4468 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/28/15 | 300012 | EduCap Inc.<br>21680 Ridgetop Circle<br>Sterling, VA 20166<br>Norfolk VA 23541 | Claim 000009, Payment 4.17539% | 7100-003 | | -265.04 | 265.04 |
| 01/28/15 | 300019 | United States Bankruptcy Court<br>IL | Claim 000009, Payment 4.17539% | 7100-001 | | 265.04 | 0.00 |

```
                                    COLUMN TOTALS               7,026.72     7,026.72       0.00
                              Less:  Bank Transfers/CD's        7,026.72         0.00
                                    Subtotal                        0.00     7,026.72
                              Less:  Payments to Debtors                         0.00
                                    Net                             0.00     7,026.72
```

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-39433 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BROZ, RICHARD T | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROZ, HEDWIG S | | Account Number / CD #: | *******1951 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4468 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/11 | 11, 12 | RICHARD BROZ | Tax refund | 1124-000 | 7,120.00 | | 7,120.00 |
| | | | Income tax refund | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,120.06 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.78 | 7,111.28 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,111.34 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.77 | 7,102.57 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,102.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.31 | 7,093.32 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,093.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.43 | 7,084.95 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.95 | 7,079.00 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,079.06 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.71 | 7,070.35 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,070.41 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.98 | 7,061.43 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,061.49 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.97 | 7,052.52 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,052.58 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.38 | 7,044.20 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,044.26 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.24 | 7,035.02 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,035.08 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.36 | 7,026.72 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,026.72 | 0.00 |

Page Subtotals  7,120.60  7,120.60

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-39433 -ABG |
| Case Name: | BROZ, RICHARD T |
| | BROZ, HEDWIG S |
| Taxpayer ID No: | *******4468 |
| For Period Ending: | 02/02/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1951 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,120.60 | 7,120.60 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 7,026.72 | |
| | | | Subtotal | | 7,120.60 | 93.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,120.60 | 93.88 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2176 | 0.00 | 7,026.72 | 0.00 |
| Money Market Account (Interest Earn - ********1951 | 7,120.60 | 93.88 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,120.60 | 7,120.60 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*